IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KRISTIE L. YUTZY; CHRISTOPHER
M. YUTZY; SKYLER L. YUTZY and
DANISHA M. YUTZY, infants under the
age of eighteen and through their next of
friend, KRISTIE L. YUTZY,

Plaintiffs,

vs.   CIVIL ACTION NO. 206cv34

RALPH JOSEPH MAY and
LISA MYERS,

Defendants.

## ORDER RESCHEDULING INFANTS' SETTLEMENT HEARING

On the 17th day of January, 2008, the Court scheduled the infants' settlements in the above referenced case for full hearing on January 31, 2008, at 10:00 a.m., at the Elkins point of holding court. On the 21st day of January, 2008, Plaintiffs, through counsel, filed a Motion to Continue Infant Settlement Hearing, asserting therein that Plaintiffs' counsel had been previously scheduled to be out of the state from January 24 through February 1, 2008 [Docket Entry 41]. Plaintiffs' counsel conferred with Defendants' counsel and the court-appointed *guardian ad litem* to ascertain dates and times to which the infants' settlement hearings could be rescheduled.

In consideration of all which, the Court GRANTS Plaintiff's Motion to Continue Infant Settlement Hearing and reschedules the hearing on infants' settlements from January 31, 2008, to **February 5, 2008, at 1:00 p.m.**, in Elkins, West Virginia.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this order to counsel of record and to *guardian ad litem*.

DATED: January 22, 2008

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE